UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RONALD McRAE,

  Plaintiff,  CASE NO.: 2:17-cv-05596-RBS

-VS-

AMSHER COLLECTION SERVICES, INC.,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, RONALD McRAE, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, RONALD McRAE, and Defendant, AMSHER COLLECTION SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Shaughn C .Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No. 105998
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
Primary Email: SHill@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

**Aaron R. Easley, Esq.**
Sessions, Fishman, Nathan & Israel, L.L.C.
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Email: aeasley@sessions.legal
Attorney for Defendant

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998