UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RONALD McRAE,

    Plaintiff,

-VS-

AMSHER COLLECTION SERVICES, INC.,

    Defendant.

CASE NO.: 2:17-cv-05596-RBS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, RONALD McRAE, and the Defendant, AMSHER COLLECTION SERVICES, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 17th day of April, 2018.

| | |
|---|---|
| /s/ *Shaughn C. Hill* | /s/ *Aaron R. Easley* |
| SHAUGHN C. HILL, ESQUIRE | AARON R. EASLEY, ESQ. |
| FL Bar No.: 0105998 | Bar No.: |
| MORGAN & MORGAN, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| One Tampa City Center | 3 Cross Creek Drive |
| Tampa, FL 33602 | Flemington, New Jersey 08822-4938 |
| Tele: (813) 223-5505 | Telephone: (908) 237-1660 |
| Fax: (813) 223-5402 | Email: aeasley@sessions.legal |
| Email: SHill@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

APPROVED BY THE COURT THIS 19th DAY OF April, 2018

R. BARCLAY SURRICK, J.